UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK JEFFREY,

                  Plaintiff,                    CASE NUMBER: 10-10463

v.                                      HONORABLE JOHN CORBETT O'MEARA

ROYAL OAK POLICE DEPARTMENT,

                  Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court on Magistrate Judge Michael Hluchaniuk's July 27, 2011 Report and Recommendation.  No objections have been filed.  The court having fully reviewed the matter;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED and entered as the findings and conclusions of this court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED.

                                    s/John Corbett O'Meara
                                    United States District Judge

Date:  August 26, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 26, 2011, using the ECF system, and upon Patrick Jeffrey at Milan Correctional Facility, P.O. Box 1000, Milan, Michigan 48160 by first-class U.S. mail.

                                    s/William Barkholz
                                    Case Manager